**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7977**

---

JAMES P. PARKER,

                                        Plaintiff - Appellant,

          versus

CAPTAIN WHITLOW, Security; SERGEANT TAYLOR,
Security; SERGEANT WILLIS, Security; SERGEANT
WALTON, Security; SERGEANT WHITE, Security;
MS. EPPERSON, R.N. Nurse; V. THOMPSON,
Institutional Doctor; E. B. WALKER, Chief of
Security,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-95-61-AM)

---

Submitted: January 18, 1996          Decided: February 8, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James P. Parker, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Parker v. Whitlow</u>, No. CA-95-61-AM (E.D. Va. Nov. 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>